■ A. ROY AUCHINACHIE & SONS, INC., on Behalf of Itself and All Others Similarly Situated, Respondent, v ROBERT W. RUDY et al., Appellants.—Appeal from an order of the Supreme Court (Smyk, J.), entered June 15, 1987 in Broome County, which, *inter alia,* denied defendants' motion to dismiss the complaint.

Order affirmed, with costs, upon the opinion of Justice Stephen Smyk. Casey, J. P., Yesawich, Jr., Levine, Harvey and Mercure, JJ., concur.